## NEW YORK SUPERIOR COURT.

### RUSSELL DART agt. GEORGE W. ARNIS.

The right of a defendant to remove a cause into the United States court, is lost where he moves in this court to discharge an order of arrest.

*New York Special Term, September,* 1860.

PIERREPONT, Justice. This is a motion to remove the cause to the United States court. Under the statute, the defendant, who is a resident of another state, has this right, unless he has appeared in the action. It is conceded that the defendant, by counsel, moved the court to discharge the order of arrest. That motion was argued and denied. The decisions seem to hold that such motion is equivalent to an entry of appearance.

The motion must be denied, with costs, to abide event.